**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DENISE MESKUNAS and JOHN A. MESKUNAS,

                Plaintiffs,

-against-                        17 **CIVIL** 9129 (VB)

                                            **<u>JUDGMENT</u>**

LEE DAVID AUERBACH, ESQ., and LEE
DAVID AUERBACH, P.C.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, the motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      April 26, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                      **BY:**         *K. Mango*
                                                    **Deputy Clerk**